**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION**

**CATERPILLAR FINANCIAL SERVICES CORPORATION**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO.** 1:23cv86 TBM-RPM

**AFFORDABLE FENCE, INC.**     **DEFENDANT**

## COMPLAINT

COMES NOW Caterpillar Financial Services Corporation ("Cat Financial") and files this Complaint against Affordable Fence, Inc. ("Defendant"). In support thereof, Cat Financial states the following:

### PARTIES

1. Cat Financial is a Delaware corporation with its principal place of business in the State of Tennessee. It is authorized to transact business in the State of Mississippi.

2. Defendant is a Mississippi corporation and can be served with process by serving its registered agent, Julie R. Stevison, at 12460 Redfox Drive, Gulfport, Mississippi 39503, or 34 29th Street, Gulfport, Mississippi 39507, or wherever any of its officers or other agents may be found.

### JURISDICTION AND VENUE

3. The amount in controversy between the parties exceeds $75,000.00.

4. This Court has jurisdiction over Defendant because its principal place of business is in Mississippi.

5. This Court has subject matter jurisdiction over the dispute under 28 U.S.C. § 1332 because Cat Financial is diverse from Defendant, and the amount in controversy exceeds $75,000.00.

6. Venue is appropriate because Defendant has its principal place of business here, and upon information and belief at least some of the Equipment (as defined below) is located here.

## FACTUAL ALLEGATIONS

7. Defendant entered into a series of Installment Contracts with Puckett Machinery Company ("Puckett") for the following items, which are collectively referred to herein as the "Purchased Equipment:"

    a. For a Caterpillar Mini Hydraulic Excavator, Serial Number JWY08050, Contract Number 001-70037231 (the "First Contract"), Exhibit A;

    b. For a Caterpillar Hydraulic Excavator, Serial Number RHM03282, Contract Number 001-70055257, (the "Second Contract"), Exhibit B;

    c. For a (1) Caterpillar Compact Track Loader, Serial Number CW914932; and (2) Power Box Rake, Serial Number RDD01922, Contract Number 001-70048664 (the "Third Contract"), Exhibit C; and

    d. For a (1) Caterpillar Compact Track Loader, Serial Number FTL17003; and (2) Non-Caterpillar Stump Grinder, Serial Number 121844, Contract Number 001-70052507 (the "Fourth Contract"), Exhibit D.

8. In addition, Defendant entered into a series of Lease Agreements with Puckett and Cat Financial for the following items, which are referred to herein as the Leased Equipment:

    a. For a Caterpillar Hydraulic Excavator, Serial Number NDL00490, Contract Number 001-70037954 (the "Fifth Contract"), Exhibit E;

  b. For a Caterpillar Track Type Tractor, Serial Number XKY00787, Contract Number 001-70037998 (the "Sixth Contract"), Exhibit F; and

  c. For a (1) Caterpillar Compact Track Loader, Serial Number JX906393; and (2) Non-Caterpillar Mulcher, Serial Number DAF-150D0280521, Contract Number 001-70040185 (the "Seventh Contract"), Exhibit G.

 9. Pursuant to the First, Second, Third, and Fourth Contracts, (collectively, the "Installment Contracts"), Defendant granted Cat Financial a first, priority security interest in the Purchased Equipment.

 10. Puckett assigned its rights in each of the Installment Contracts to Cat Financial, and Cat Financial filed UCC statements. Exhibit H.

 11. Cat Financial perfected its interests in the Installment Contracts with a UCC filing.

 12. Pursuant to the Fifth, Sixth, and Seventh Contracts, (collectively, the "Lease Agreements" and with the Installment Contracts, the "Contracts"). Caterpillar is a secured creditor of Defendant, holding a valid and properly perfected security interest in the Leased Equipment.

 13. This security interest is evidenced by the Lease Agreements and UCC financing statements (collectively, the "Loan Documents"). Exhibit I.

 14. Defendant has failed to make timely payments for the Purchased Equipment and the Leased Equipment as required by the terms of the Contracts. Thus, Cat Financial accelerated the entire unpaid balance owed under the Contracts and requested immediate return of the Equipment.

 15. On or about July 17, 2022, Cat Financial repossessed the Leased Equipment described in Exhibits E and F.

4889-9324-6535v9
2830546-000767 04/03/2023

16. On or about July 25, 2022, Cat Financial repossessed the Purchased Equipment described in Exhibit B, and the Power Box Rake described in Exhibit C.

17. As of December 30, 2022, the value of all of the Purchased Equipment and the Leased Equipment (collectively, the "Equipment") is $486,600.00.

18. Cat Financial is entitled to return of all of the Equipment it has not yet re-possessed.

19. Moreover, Cat Financial is entitled to a money judgment in the amount of $774,134.19, plus per diem that has accrued daily pursuant to the Contracts.

20. Due to Defendant's failure to honor its contractual obligations, Cat Financial has been forced to retain counsel and incur fees and expenses. Under the Contracts, it is entitled to reimbursement of those fees and expenses.

## COUNT I:  REPLEVIN

21. The preceding Paragraphs in the Complaint are incorporated by reference as if fully restated here.

22. Exhibits A, D, G, and the Compact Track Loader described in Exhibit C contain descriptions of the property for which replevin is sought under Miss. Code Ann. § 11-37-101.

23. Upon information and belief, the Equipment described in Exhibits A, D, G, and the Compact Track Loader described in Exhibit C is within the possession, custody, or control of Defendant.

24. As detailed in the preceding Paragraphs, Defendant is in default by failing to tender payments to Cat Financial in the amounts and the times mandated under the applicable Contracts.

25. Because of the events of default described above, Defendant does not have any legal or equitable right to continue to maintain possession, custody, or control of the items contained in this Count. Therefore, Defendant's continued possession of those Items is wrongful.

26. Based on the preceding facts, Cat Financial is entitled to immediate possession of the items at issue in this Count.

27. Cat Financial requests that this Court issue a Fiat setting this matter for hearing on a date certain, and enter a judgment compelling Defendant to surrender the Equipment, and awarding Cat Financial its attorney's fees, costs of Court, and any other expenses associated with bringing this action.

## COUNT II: BREACH OF CONTRACT

28. The preceding Paragraphs of the Complaint are incorporated as if they were fully restated here.

29. As detailed in the preceding Paragraphs, Defendant has breached the terms of the Contracts by failing to perform according to the terms of said Contracts.

30. Defendant has consequently failed to comply with the express terms of the applicable Contracts and breached its contractual obligations.

31. Cat Financial is therefore entitled to monetary damages in addition to the replevin sought in Count One.

32. After Cat Financial repossesses the items at issue in Count One, it will attempt to sell/re-lease those items, and it will grant Defendant a credit in any amount that results from such sale or lease.

33. In addition, Cat Financial is entitled to its attorney's fees, costs of Court, and any other expenses associated with bringing this action.

## COUNT III: DAMAGES

34. The preceding Paragraphs of the Complaint are incorporated as if they were fully restated here.

35. As detailed in the preceding Paragraphs, Defendant breached the terms of the Contracts by failing to comply with its contractual obligations.

36. Defendant has failed to make payments under the terms of the First Contract concerning the items described in Exhibit A. Under the First Contract, Defendant owes Cat Financial a payoff of $55,407.33, plus an additional per diem in the amount of $522.08, accruing daily since December 20, 2022.

37. Defendant has failed to make payments under the terms of the Second Contract concerning the items described in Exhibit B. Under the Second Contract, Defendant owes Cat Financial a payoff of $48,038.62, plus an additional per diem in the amount of $400.40, accruing daily since December 20, 2022.

38. Defendant has failed to make payments under the terms of the Third Contract concerning the items described in Exhibit C. Defendant owes Cat Financial a payoff of $94,626.55.

39. Defendant has failed to make payments under the terms of the Fourth Contract concerning the items described in Exhibit D. Defendant owes Cat Financial a payoff of $63,365.48, plus an additional per diem in the amount of $686.40, accruing daily since December 20, 2022.

40. Defendant has failed to make payments under the terms of the Fifth Contract concerning the items described in Exhibit E. Defendant owes Cat Financial a payoff of $238,729.37, plus an additional per diem in the amount of $1,357.20, accruing daily since December 20, 2022.

41. Defendant has failed to make payments under the terms of the Sixth Contract concerning the items described in Exhibit F. Defendant owes Cat Financial a payoff of $158,995.39, plus an additional per diem in the amount of $1,303.12, accruing daily since December 20, 2022.

4889-9324-6535v9
2830546-000767 04/03/2023

42.     Defendant has failed to make payments under the terms of the Seventh Contract concerning the items described in Exhibit G. Defendant owes Cat Financial a payoff of $114,971.45, plus an additional per diem in the amount of $990.08, accruing daily since December 20, 2022.

43.     As a result, Cat Financial is entitled to monetary damages in the amount of $779,393.47, pursuant to the terms of the Contracts. In addition, Cat Financial is entitled to its attorney's fees, costs of Court, and any other expenses associated with bringing this action.

WHEREFORE, Cat Financial prays for a judgment compelling Defendant to return the items described in Exhibits A, D, G, and the Compact Track Loader described in Exhibit C to Cat Financial, and an award of money damages in the amount of $779,393.47, together with the per diem amount owed at the time of judgment, all attorneys' fees, pre-judgment interest and post-judgment interest, punitive damages, costs and expenses incurred related to this action, along with all further and/or other relief to which Cat Financial may be entitled at law or in equity.

Respectfully submitted, this the 3rd day of April, 2023.

                                CATERPILLAR FINANCIAL SERVICES, INC.

                                By Its Attorneys,

                                BAKER, DONELSON, BEARMAN,
                                CALDWELL & BERKOWITZ, PC


                                BY:    *Conner G. Whitten*
                                       Conner G. Whitten
                                       (MS Bar #106351)

D. Sterling Kidd (MB# 103670)
Conner G. Whitten (MS Bar #106351)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236
PHYSICAL:  One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211
Tel:  (601) 351-2400
skidd@bakerdonelson.com
cwhitten@bakerdonelson.com

4889-9324-6535v9
2830546-000767 04/03/2023