IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO. 1:23-cv-86-TBM-RPM |
| **AFFORDABLE FENCE, INC.** | **DEFENDANT** |

### SUPPLEMENT TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW, Caterpillar Financial Services Corporation ("Cat Financial") and files this Supplement to its Motion for Default Judgment. [Dkt. No. 12]. In support thereof, Cat Financial relies on its separately filed Motion for Default Judgment and the following exhibit:

**Exhibit "A":** Attorneys' Fees and Expenses

THIS, the 22nd day of November, 2023.

Respectfully submitted,

CATERPILLAR FINANCIAL
SERVICES CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

BY: *Conner G. Whitten*
 Conner G. Whitten

**OF COUNSEL:**

D. Sterling Kidd (MS Bar No. 103670
Conner G. Whitten (MS Bar No. 106351)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
Telephone: (601) 351-2400
Telecopier: (601) 351-2424
skidd@bakerdonelson.com
cwhitten@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the foregoing *Supplement to Plaintiff's Motion for Default Judgment* with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record. I further certify that on this day I caused a copy of the foregoing document to be mailed via U.S. Mail, first class postage prepaid, a true and correct copy of the foregoing paper to:

>Affordable Fence
>1427 Magnolia Street
>Gulfport, MS 39507

THIS, the 22nd day of November, 2023.

>*/s/ Conner G. Whitten*
>Conner G. Whitten