IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | **PLAINTIFF** |
| v. | CIVIL ACTION NO: 1:23-cv-86 TBM-RPM |
| **AFFORDABLE FENCE, INC.** | **DEFENDANT** |

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that Default Judgment is granted in favor of Plaintiff Caterpillar Financial Services Corporation against Defendant Affordable Fence, Inc. Caterpillar Financial Services Corporation is awarded damages against Defendant Affordable Fence, Inc. in the amount of $788,268.79, which includes the amount owed at the time the Complaint was filed, plus post-filing per diems, interest, fees, and expenses.

This the 29th day of November, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE